IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MAURO CARDENAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARTIN TRANSPORTATION | ) |
| SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) Civil Action No. 1:17-CV-151-C |

## ORDER

On this day, the Court considered the Parties' Stipulation of Dismissal with Prejudice, filed January 29, 2019, pursuant to Federal Rule of Civil Procedure 41(a).

IT IS THEREFORE ORDERED that all claims asserted against Martin Transportation Systems, Inc. in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same. The Clerk of Court is directed to close this civil action.

SO ORDERED this 31st day of January, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE